UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23 CR 26 |
| | ) | |
|    Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| RICHARD A. MURDOCK, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
|    Defendant | ) | |

      This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James Grimes, regarding the change of plea hearing of Richard A. Murdock, which was referred to the Magistrate Judge with the consent of the parties.

      On January 12, 2023 the government filed a 3 count Indictment, charging Defendant Richard A. Murdock with, Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct, Transportation of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, and Possession of Child Pornography, in violation of 18 U.S.C. § 2252 (a)(2), (a)(1) and 2252A(a)(5)(B), respectively. On January 19, 2023, Magistrate Judge Grimes held an arraignment, during which Mr. Murdock entered a plea of not guilty to the charges. On August 3, 2023 Magistrate Judge Grimes received Defendant's plea of guilty to counts 1 and 2 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

      Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Murdock is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Richard A. Murdock is adjudged guilty to counts 1 and 2 of the Indictment, in violation of Title 18 U.S.C. §§ 2252 (a)(2) and (a)(1) . This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on November 21, 2023 at 11:00 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 30, 2023